VINOD NICHANI|SBN 277607
NICHANI LAW FIRM
111 North Market Street, Suite 300
San Jose, California 95113
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

Attorney for Debtor
CESAR MORA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>CESAR MORA,<br><br>Debtor. | Case No.: 21-50928<br><br>Chapter 13<br><br>DECLARATION OF DEBTOR IN SUPPORT OF DIRECT PAYMENTS |

I, the undersigned Debtor, declare as follows:

1. My voluntary case was filed by on July 13, 2021.

2. As of the date of this Declaration, I am current on all required direct post-petition payments to Class 1 creditor(s), as proposed in my Chapter 13 petition.

3. The following are post-petition payments that I have caused to be mailed to Class 1 creditor Select Portfolio Services (as servicing agent for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes) for the month of **June 2022**:

1

| Payment Due Date | Debtor Payment Date | Amount Paid | Proof of Payment |
|---|---|---|---|
| SELECT PORTFOLIO SERVICING | | | |
| 06/01/2022 | 06/06/2022 | $3,088.00 | Attached as Exhibit "A" |
| | | | |
| | | | |
| **TOTAL PAYMENTS:** | | **$3,088.00** | |

4. Proof of the above-mentioned payments to Class 1 creditor Select Portfolio Servicing is attached hereto.

I hereby declare that the foregoing is true and correct. Executed in San Jose, California on June 9, 2022.

/s/Cesar Mora
CESAR MORA

NICHANI LAW FIRM
111 N. Market Street, Suite 300
San Jose, California 95113

**EXHIBIT A**



Case: 21-50928    Doc# 65    Filed: 06/09/22    Entered: 06/09/22 14:27:48    Page 3 of 4



Case: 21-50928    Doc# 65    Filed: 06/09/22    Entered: 06/09/22 14:27:48    Page 4 of 4
https://mail.google.com/mail/u/0/?ogbl#inbox/FMfcgzGmtNhBNqzqCmxJFZwbZDVtSSnF?projector=1&messagePartId=0.1    1/1